# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY ENNEMOH, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:11-cv-01449-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS UNNECESSARY<br><br>(ECF No. 6) |

Plaintiff Carlos Quiroz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on August 29, 2011. On September 29, 2011, Plaintiff filed a motion for leave to file an amended complaint and a first amended complaint. (ECF No. 6, 7.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the Court.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the

Court, and delays are inevitable despite the Court's best efforts. Plaintiff's first amended complaint will be screened in due time.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to amend is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   October 3, 2011                        /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE